No. 1353, Misc. BLOCKER v. CALIFORNIA ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied.

No. 1359, Misc. BANKS v. WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.

No. 1360, Misc. BARBER v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1389, Misc. PEREIRA ET AL. v. NEW YORK. Court of Appeals of New York. Certiorari denied. *Rudolph Stand, John Cardone* and *Oscar Gonzalez-Suarez* for petitioners. *H. Richard Uviller* for respondent.

No. 1402, Misc. HEADLEY v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. H. Richard Uviller* for respondent.

No. 1410, Misc. LAWRENSON v. REID, JAIL SUPERINTENDENT. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for respondent.

No. 1413, Misc. LUSTERINO v. NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied. Petitioner *pro se. Benj. J. Jacobson* for respondent.

No. 1420, Misc. DAWSON v. BOMAR, WARDEN. Supreme Court of Tennessee, Middle Division. Certiorari denied. *George E. Barrett* for petitioner.